IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EDWIN GREGORY**, | ) | 1:98-CV-6521 LJ0 WMW HC |
| Petitioner, | ) | |
| vs. | ) | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO OBEY COURT ORDER** |
| **WILLIAM DUNCAN**, | ) | |
| Respondents. | ) | |

    Petitioner is a state prisoner proceeding with the assistance of counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to an order of this court entered June 9, 2000, Petitioner is to file a status report in this case every two months.  The last status report filed by Petitioner was filed on July 18, 2008.  Accordingly, Petitioner SHALL, within TEN DAYS of the date of service of this order, show cause why this case should not be dismissed for failure to obey a court order.

    IT IS SO ORDERED.

**Dated:   January 8, 2009**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1