IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN GREGORY**,<br><br>   Petitioner,<br><br>  vs.<br><br>**WILLIAM DUNCAN**,<br><br>   Respondents. | 1:98-CV-6521 LJ0 WMW HC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO OBEY COURT ORDER**<br><br>[Doc. 80] |

  Petitioner is a state prisoner proceeding with the assistance of counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to an order of this court entered June 9, 2000, Petitioner is to file a status report in this case every two months.  On January 8, 2009, the court entered an order requiring Petitioner to show cause why this case should not be dismissed for failure to obey that court order.  Petitioner responded to the court's order to show cause on January 9, 2009.   The court has reviewed Petitioner's response.  Good cause appearing, the order to show cause is HEREBY DISCHARGED.

    IT IS SO ORDERED.

**Dated:  January 15, 2009**     /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE

1